In the Matter of MONTGOMERY BLAIR SIBLEY, an Attorney, Appellant. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Respondent.

Submitted June 1, 2009; decided June 30, 2009

Motion for reconsideration of this Court's May 12, 2009 dismissal order denied [*see* 12 NY3d 849 (2009)].

LOUIS E. THYROFF et al., Appellants, v NATIONWIDE MUTUAL INSURANCE COMPANY et al., Respondents.

Decided June 30, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

WEN-YU ZHOU WAHAB, Respondent, v CHASSIB KASSIM WAHAB, Appellant.

Decided June 30, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).